```
                                                    FILED
                                              U.S. DISTRICT COURT
                                                SAVANNAH DIV.
         UNITED STATES DISTRICT COURT
    FOR THE SOUTHERN DISTRICT OF GEORGIA 2018 MAR 12 AM 11:24
              SAVANNAH DIVISION
                                              CLERK_____
                                              SO. DIST. OF GA.
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) INDICTMENT NO: |
| | ) CR4:17-208-WTM-GRS |
| RAYMOND N. WALLEN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Currently before the Court is the defendant Raymond N. Wallen's Motion to Seal. The Court has reviewed the Consent Motion to Continue Sentencing Hearing and has concluded that sealing is appropriate. Under Local Civil Rule 79.7(d)(3), the Consent Motion to Continue Sentencing Hearing shall be sealed, and under Local Civil Rule 79.7(e), it shall be sealed permanently.

SO ORDERED this 12th day of April, 2018.

_____
G.R. SMITH
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA