UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 APR 12 AM 11: 24
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) INDICTMENT NO: |
| | ) CR4:17-208-WTM-GRS |
| RAYMOND N. WALLEN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Currently before the Court is the defendant Raymond N. Wallen's Motion to Seal. The Court has reviewed the Consent Motion to Continue Sentencing Hearing and has concluded that sealing is appropriate. Under Local Civil Rule 79.7(d)(3), the Consent Motion to Continue Sentencing Hearing shall be sealed, and under Local Civil Rule 79.7(e), it shall be sealed permanently.

SO ORDERED this 12th day of April, 2018.

G.R. SMITH
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA